UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           v.

GRAHAM FLAGG GODBEY,

                      Defendant.

ORDER
11-CR-292A

---

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On November 28, 2011, defendant filed a motion to suppress statements made to Canadian authorities on June 29, 2010 and to United States authorities on June 30, 2012. On August 27, 2012, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant's motion to suppress be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's motion to suppress is denied.

        The case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: September 14, 2012